UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

RANDY DULNY.

                      Plaintiff,

   -against-

THE RABBI HASKEL LOOKSTEIN
SCHOOL *a/k/a* THE RAMAZ SCHOOL,

                    Defendant.

------------------------------------------------------------x

Civ. No.: 19-cv-5481

**DEFENDANT'S RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, The Ramaz School, sued herein as "The Rabbi Haskel Lookstein School a/k/a The Ramaz School" ("Defendant"), hereby represents that Defendant is not publicly traded and has no corporate parents, subsidiaries, or affiliates that are publicly held.

                                            Respectfully submitted,

                                            JACKSON LEWIS P.C.
                                            666 Third Avenue
                                            New York, New York 10017
                                            (212) 545-4000

Dated: August 21, 2019        By:    /s/ Lori D. Bauer
       New York, New York                  Lori D. Bauer
                                            Damon W. Silver

                                            ATTORNEYS FOR DEFENDANT