UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANDY DULNY,

        Plaintiff,

  -versus-

THE RABBI HASKEL LOOKSTEIN
SCHOOL a/k/a THE RAMAZ SCHOOL

        Defendant.

19 Civ. 5481 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    For the settlement conference scheduled on June 4, 2020, clients shall also be present for the call and may use the dial-in number set forth in the Court's May 27 order [dkt. no. 23].

**SO ORDERED.**

Dated:  May 29, 2020
       New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.