UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
Randy Dulny,
:
: 19cv5481(LAP)
Plaintiff(s), :
: ORDER
-against- :
:
The Rabbi Haskel Lookstein :
School, :
Defendant(s). :
:
----------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

Counsel shall confer and inform Judge Preska by letter no later than August 23, 2022 of the status of the action/remaining claims/defendants.

SO ORDERED.

*Loretta A. Preska*

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: August 16, 2022
New York, New York